# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

RANDY R. MOORE                          §
                                        §
v.                                      §    CIVIL ACTION NO. 3:24-CV-0603-S-BN
                                        §
JP MORGAN CHASE                         §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

In connection with his Objections, Plaintiff filed the Motion for Leave to File Second Amended Complaint ("Motion") [ECF No. 19]. For the reasons set forth in the Findings, Conclusions, and Recommendation, the Court **DENIES** the Motion.

**SO ORDERED.**

SIGNED November 12, 2024.

**UNITED STATES DISTRICT JUDGE**